COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE:  LAKEITH AMIR-SHARIF, | § | No. 08-10-00081-CV |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Lakeith Amir-Sharif, *pro se*, has filed a petition for writ of mandamus requesting this Court direct several employees of the Texas Department of Criminal Justice, "to provide [Relator] and each correspondent written notice of their placement on [Relator's] negative mailing list."

This Court does not have authority to issue a writ of mandamus against the Respondants in this case. *See* TEX.GOV'T CODE ANN. § 22.221(b)(Vernon 2004).  Therefore, the mandamus relief requested is DENIED.


May 26, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.